# HENDERSON *v.* KOKOMO TRUST COMPANY, EXECUTOR.

[No. 10,992.   Filed October 27, 1921.]

From Huntington Circuit Court; *D. K. Lucas,* Special Judge.

Action between Edgar P. Henderson and the Kokomo Trust Company, executor of the estate of Gilly A. Tate, deceased. From the judgment rendered, the former appeals. *Affirmed.*

*C. W. Watkins* and *C. A. Butler,* for appellant.

*Kenner & Sapp* and *J. C. Blacklidge,* for appellee.

PER CURIAM.—Judgment affirmed.

---

# LEXINGTON MILL AND ELEVATOR COMPANY *v.* WYSOCKI.

[No. 11,016.   Filed November 2, 1921.]

From Lake Superior Court; *Virgil S. Reiter,* Judge,

Action between the Lexington Mill and Elevator Company and Charles Wysocki. From the judgment rendered, the former appeals. *Affirmed.*

*Roe & Peterson,* for appellant.

*Gavit, Hall & Smith,* for appellee.

PER CURIAM.—Judgment affirmed.

---

# STATE OF INDIANA, EX REL. MASON *v.* JACOBS ET AL.

[No. 11,090.   Filed November 15, 1921.]

From Daviess Circuit Court; *James W. Ogdon,* Judge.

Action between the State of Indiana, on the relation of Taylor Mason, and Thomas Jacobs and another. From the judgment rendered, the relator appeals. *Appeal dismissed.*

*W. A. Cullop* and *Alvin Padgett,* for appellant.

*Charles E. Henderson,* for appellees.

ENLOE, C. J.—The record in this case presents the same questions as those presented in the case of the *State, ex rel. v. Jacobs* (1921), *ante* 563, 132 N. E. 649, and on the authority of that case, the motion to dismiss this appeal is sustained.

Appeal dismissed.